UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**(Richmond Division)**

| | |
|---|---|
| MICHAEL PELLIS ARCHITECTURE PLC,   )<br>  )<br>    Plaintiff,   )<br>  )<br>v.   )<br>  )<br>M.L. BELL CONSTRUCTION LLC, et al.   )<br>  )<br>    Defendants.   ) | Civil Action No. 3:22-cv-00470 |

**NOTICE OF APPEARANCE**

Please take notice that Katherine M. Rockwell of the law firm O'Hagan Meyer is admitted to practice in this Court and hereby enters her appearance as counsel of record for Defendants M.L. Bell Construction, LLC and Michael F. Bell in this action.

Respectfully submitted,

   /s/ Katherine M. Rockwell

Dana J. Finberg, Esq. (VSB No. 34977)
O'HAGAN MEYER, PLLC
221 Caledonia Street
Sausalito, CA 94965
Tel:   415.578.6902
dfinberg@ohaganmeyer.com

James W. Walker, Esq. (VSB No. 29257)
Katherine M. Rockwell (VSB No. 93733)
O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
Tel:   804.403.7100
jwalker@ohaganmeyer.com
krockwell@ohaganmeyer.com
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send a notification of electronic filing (NEF) to all counsel who have appeared in this matter.

/s/    Katherine M. Rockwell, Esq.
James W. Walker, Esq. (VSB No. 29257)
Katherine M. Rockwell (VSB No. 93733)
O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
Tel:    804.403.7100
jwalker@ohaganmeyer.com
krockwell@ohaganmeyer.com
*Attorneys for the Defendants*