# Exhibit A

# STRANGEWAYS BREWING
# 1430 RICHMOND HIGHWAY # 1103
# WILLIAMSBURG, VA 23185



## BUILDING CODE DATA

JURISDICTION:
WILLIAMSBURG, VIRGINIA

APPLICABLE CODES:
2015 VIRGINIA EXISTING BUILDING CODE (VEBC)
2009 ANSI A117.1 ACCESSIBLE AND USEABLE BLDGS & FACILTIES
2015 INTERNATIONAL MECHANICAL CODE (IMC)
2015 INTERNATIONAL PLUMBING CODE (IPC)
2014 NATIONAL ELECTRICAL CODE (NEC)
2015 INTERNATIONAL FIRE CODE (IFC)

USE GROUP:
EXISTING:  B, S-1 - NON-SEPARATED MIXED USE
PROPOSED: F-1, A-2 - NON-SEPARATED MIXED USE

CONSTRUCTION TYPE:
EXISTING: II-B

FIRE PROTECTION:      SPRINKLERED

SQUARE FOOTAGE:
ALLOWABLE:
6,000 SF
PROPOSED:
4000 SF

OCCUPANCY:
TASTING ROOM / BAR   128 OCCUPANTS
OUTDOOR SEATING      173 OCCUPANTS

MIN. EGRESS WIDTH: (IBC PER SECTION 1005)
128  OCC. X .20" = 29" (REQUIRED) 90" (PROVIDED)

MIN. NUMBER OF EXITS: (IBC SECTION 1015)
2 (REQUIRED) 2 (PROVIDED)

EGRESS TRAVEL LENGTH: (IBC TABLE 1016.2)
USE GROUP A-2 W/O SPRINKLER SYSTEM - MAX. 200'

FIXTURES: (IBC TABLE 2902.1.A-2)
M= 104, W= 104 FOR TOTAL OF  OCCUPANTS OF 208
REQUIRED: WC: M =1/75 W = 1/75, LAV= 1/200
WC: 2 M =104/75, 2 W = 104/75, 1 LAV M/F= 104/200
PROVIDED:
WC: 2M 2W, 2 LAV M/F
DRINKING FOUNTAIN: 1 PROVIDED
SERVICE SINK: 1 PROVIDED

## INDEX OF DRAWINGS

CS   COVER SHEET
A1.0  FLOOR PLAN
P1.0  PLUMBING PLAN
E1.0  ELECTRICAL PLAN

## CONTACT INFORMATION

OWNER:
STRANGEWAYS BREWING, LLC
2277 DABNEY ROAD, STE A & B
RICHMOND, VA 23230
CONRACT:  NEIL BURTON
Office (804) 741-0754

CONTRACTOR:
ML BELL CONSTRUCTION
11029 RICHARDSON ROAD
ASHLAND, VA 23005
CONTRACT:  MIKE BELL
MLBELL@MLBELL.COM
OFFICE  (804) 752-6032

ARCHITECT
MICHAEL PELLIS ARCHITECTURE, PLC
1816 RED QUEEN COURT
N. CHESTERFIELD, VA 23225
CONTACT: MICHAEL PELLIS
MICHAEL@MICHAELPELLIS.COM
(804) 212-9024



STRANGEWAYS

Legend
1430 Richmond Rd
ALDI
Club Wyndham Kingsgate
Feature 1
Feature 2
Feature 3
Movie Tavern Williamsburg
Pirate's Cove Adventure Golf
STRANGEWAYS BREWING

Google Earth

## LOCATION MAP
1  N.T.S.

PROJECT:
STRANGEWAYS - @ THE SHOPS AT HIGH STREET:
1430 RICHMOND ROAD #1103, WILLIAMSBURG, VIRGINIA 23185

OWNER:
STRANGEWAYS BREWING, LLC
2277 DABNEY ROAD. SUITES A & B. RICHMOND, VA 23230

COVER SHEET

MICHAEL PELLIS ARCHITECTURE
www.michaelpellis.com
804.212.9024
michael@michaelpellis.com

REVISIONS

N/A
N/A
N/A
N/A

CS

MARCH 16, 2022



## PROPOSED PLAN KEY NOTES

1. ALL SEATING IS ADA COMPLIANT AND HAS AN ORDERING DEVICE AT EVERY TABLE CALLED "GO TAB" W/ QR CODE. ALL TABLES RECEIVE FULL SERVICE BROUGHT TO THEIR TABLE FROM THEIR ORDER ON THE GO TAB DEVICE. THEREFORE, POINT OF SALE PER SECTION 1109.12.3 IS DISPERSED THROUGHOUT.

2. EXISTING MOP SINK TO REMAIN

3. ADA COMPLIANT SALES AND SERVICE COUNTER NOT NEEDED - ALL MENU ITEMS CAN BE ORDERED AT ANY STANDARD HT. ADA COMPLIANT TABLES.

4. THROUGH WALL TAPS. COUNTERTOP WITH BUILT-IN DRIP TROUGH.

5. PAIR OF GLASS FRONT DOORS INSTALLED WITHIN COOLER W/ 5'-2 1/4" DRINK SHELVES FOR DISPLAY

6. OAK BARRELS & CHAINS TO DESIGNATE OUTDOOR PATIO. TYP.

7. ADA COMPLIANT HI/LO DRINKING FOUNTAIN (EXISTING TO REMAIN)

8. EXISTING PLANTING AREA

9. EXISTING BRICK RAMPS, STEPS AND RAISED AREAS TO REMAIN AS IS

10. NEW 8 - PERSON PICNIC TABLES TYP.

## PARTITION TYPE KEY NOTES

A. FULL HEIGHT WALLS - 3 5/8 METAL STUDS @ 16" O.C. WITH 5/8" GYP. BD. ALL FINISHED SIDES. USE 6" WALLS AT TOILET WALLS & SOUND BATTS ON ALL BATHROOM WALLS. FLOOR TO UNDERSIDE OF DECK.

## DOOR TYPE KEY NOTES

1. 36" X 80" SOLID CORE WOOD DOOR IN METAL FRAME.
   - FLUSH, NO LITE - PASSAGE LOCKSET
   - STORAGE LOCKSET IN STORAGE ROOM

INTERIOR DOORS:
- SOLID CORE WOOD DOORS & KNOCK DOWN METAL FRAMES.
- STAIN GRADE FLUSH WOOD DOORS.
- CYLINDRICAL, LEVER HARDWARE, HINGES AND WALL STOPS.
- ALL HARDWARE TO HAVE 613 (OIL RUBBED BRONZE) FINISH. GRADE 2.
EXTERIOR DOORS:
- ALL HARDWARE TO HAVE 613 (OIL RUBBED BRONZE) FINISH. GRADE 2.

NOTE:
- DOORS WITHOUT SYMBOLS ARE EXISTING TO REMAIN

## EGRESS KEY NOTES

ILLUMINATED EXIT SIGN WITH DIRECTIONAL ARROWS (WHERE APPLIES)

ILLUMINATED EXIT SIGN W/ BATTERY BACKUP EMERGENCY EGRESS LIGHTING

EMERGENCY EGRESS LIGHTING WITH BATTERY BACK-UP

<---- XX' ----> PATH OF TRAVEL WITH LINEAR FOOT DISTANCE


MICHAEL PELLIS
Lic No. 017913
COMMONWEALTH OF VIRGINIA
ARCHITECT

PROJECT:
STRANGEWAYS - @ THE SHOPS AT HIGH STREET:
1430 RICHMOND ROAD #1103, WILLIAMSBURG, VIRGINIA 23185

OWNER:
STRANGEWAYS BREWING, LLC
2277 DABNEY ROAD, SUITES A & B, RICHMOND, VA 23230

MICHAEL PELLIS ARCHITECTURE
www.michaelpellis.com
804.212.9024
michael@michaelpellis.com

FLOOR PLAN & EGRESS PLAN

REVISIONS
N / A
N / A
N / A
N / A

## PROPOSED PLAN 1
3/16" = 1' - 0"

A1.0

DATE
MARCH 16, 2022



## PLUMBING FIXTURE SCHEDULE

| FIXT. MARK | FIXTURE | DHW | DCW | W | V | SELECTION BASED ON |
|---|---|---|---|---|---|---|
| WC | WATER CLOSET (ADA MOUNTING HEIGHT) | –– | 1" | 4" | 2" | FLOOR MOUNTED, WHITE VITREOUS CHINA, TANK PRESSURE ASSISTED FLUSH, OPEN FRONT SEAT, ELONGATED BOWL, 1.6 GPF, ADA COMPLIANT, COORDINATED MODEL WITH OWNER |
| LAV | LAVATORY | 1/2" | 1/2" | 1–1/2" | 1–1/2" | WHITE VITREOUS CHINA, SINGLE LEVER FAUCET, P–TRAP, SUPPLIES, STOPS, GRID DRAIN AND TAILPIECE, TRUBRO LAVGUARD PIPE COVER, ADA COMPLIANT, COORDINATE MODEL WITH OWNER |
| TMV | THERMOSTATIC MIXING VALVE | –– | 1/2" | –– | –– | WATTS SERIES LFMMV, ASSE 1017, ASSE 1069 & ASSE 1070 |
| AAV | AIR ADMITANCE VALVE | –– | –– | –– | AS REQ'D | PROFLO REDI-VENT, ASSE 1051 |
| FD | FLOOR DRAIN | –– | –– | VARIES | –– | JR SMITH MODEL 2005 WITH ADJUSTABLE STRAINER HEAD. PROVIDE A WATERLESS TRAP SEAL, SILICON RUBBER SEALING FLAPPER. GREEN DRAIN MODEL P24001, ASSE 1072 |
| WHA | WATER HAMMER ARRESTOR | ––– | ––– | ––– | ––– | ASSE 1010 & PDI WH201 APPROVED, LEAD FREE, WATER HAMMER ARRESTOR, PRE–CHARGED PERMANENTLY SEALED AIR CHAMBER, HARD DRAWN DRAWN COPPER, EPDM ––RINGS, 1/4 OR 1/2 HEX CONNECTOR, EQUIV TP SERIES LF–15 BY WATTS. |

(1) MANUFACTURER NAMES ARE NOT INTENDED TO PRECLUDE THE USE OF EQUIVALENT PRODUCTS. COORDINATE ALL DEVICES WITH ARCHITECT AND OWNER.
(2) COORDINATE INSTALLATION WITH WORK OF OTHER TRADES. FOR ALL FIXTURES — INCLUDING THOSE FURNISHED BY OTHERS — CONFIRM TYPES AND ROUGH–IN / DIMENSIONS WITH OWNER AND ARCHITECT.
(4) ALL FIXTURES SHALL HAVE SHUT OFF VALVES AHEAD OF EACH FIXTURE ON CW AND HW CONNECTIONS IN AN ACCESSIBLE LOCATION.
(5) INSTALL ALL DEVICES PER MANUFACTURERS INSTALLATION INSTRUCTIONS.

## SANITARY, WASTE & VENT RISER DIAGRAM

**5.02 TYPICAL LAVATORY & SINK CONNECTION DETAIL**

**ADA BATHROOM CLEARANCES**
PLEASE REFER TO STAMPED ARCHITECTURAL DRAWINGS FOR EXACT MEASUREMENTS AND CLEARANCES OF BATHROOM.

**4.03 FLOOR SANITARY CLEANOUT DETAIL**
SCALE: NONE

**8.05 AIR ADMITTANCE VALVE TYPICAL INSTALLATION**
SCALE: NONE

PROPOSED SANITARY AND WATER PLAN
3/16" = 1'- 0"

PROJECT:
STRANGEWAYS - @ THE SHOPS AT HIGH STREET:
1430 RICHMOND ROAD #1103, WILLIAMSBURG, VIRGINIA 23185

OWNER:
STRANGEWAYS BREWING, LLC
2277 DABNEY ROAD, SUITES A & B. RICHMOND, VA 23230

PROPOSED SANITARY AND WATER PLAN

MICHAEL PELLIS ARCHITECTURE
www.michaelpellis.com
804.212.9024
michael@michaelpellis.com

REVISIONS

N / A
N / A
N / A
N / A

CS
P 1.0

DATE
MARCH 16, 2022



# FIXTURE LEGEND

EXISTING FIXTURE TO BE REUSED WITH NEW SHADE

CUSTOM BOTTLE PENDANT

6" CAN LIGHT

STRING LIGHTS

**48 Ft LED String Light**

## Electrical Scope:
1. Install (2) Can lights in restroom
2. Install (1) GFI in restroom
3. Install (8) pendant bulb only at bar with "bottle shade provided by owner.
4. Remove (4) drum pendants and install (4) pendant drops in same location with "keg" shade provided by owner
5. Provide power for cooler and roof condenser
6. Provide (8) duplex to be located by owner
7. Provide and install 200 LF of string lights from AQLighting.com

PROPOSED LIGHTING PLAN

3/16" = 1' - 0"

ELECTRICAL PLAN

PROJECT: STRANGEWAYS - @ THE SHOPS AT HIGH STREET:
1430 RICHMOND ROAD #1103, WILLIAMSBURG, VIRGINIA 23185

OWNER: STRANGEWAYS BREWING, LLC
2277 DABNEY ROAD, SUITES A & B, RICHMOND, VA 23230

MICHAEL PELLIS ARCHITECTURE
www.michaelpellis.com
804.212.9024
michael@michaelpellis.com

REVISIONS
N / A
N / A
N / A
N / A

E 1.0

MARCH 16, 2022