# Exhibit C

| | |
|---|---|
| **From:** | Michael Pellis |
| **To:** | Mike Bell |
| **Subject:** | Re: Strangways Williamsburg |
| **Date:** | Tuesday, March 29, 2022 3:17:35 PM |
| **Attachments:** | image001.png |
| | StrangewaysWilliamsburg_A1.0.DWG |

**WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mike -

The size of the space does not reach the maximum distances for egress so I've shown the distance between doors versus the overall diagonal of the space and indicated which 2 doors are to be illuminated for egress. I do not have any bar details for this one, check with Neil but I think the bar is the same as the one in Scott's addition. Your Electrical sub should be able to use my plan for a reflected ceiling plan if needed. attached is the cad file.

Best regards,

Michael Pellis NCARB, LEED AP
804.212.9024
michael@michaelpellis.com
www.michaelpellis.com
VA lic #0401017913


On Tue, Mar 29, 2022 at 3:09 PM Mike Bell <mlbell@mlbell.com> wrote:

> Michael,
>
> I am working with Neil on Williamsburg.  Are you doing any additional drawings for permits?  Egress plan, RCP, bar details?  I wanted to check before we do anything.
>
> Thanks

**MIKE BELL**

PRESIDENT

*mlbell*@**MLBELL.COM**

11029 RICHARDSON RD

ASHLAND, VA 23005

**O** 804 752 6032   **F** 804 752 6034   **M** 804 641 6850